# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYSHIK-KEE WILLIAMS,** | : | CIVIL ACTION NO. 1:20-CV-95 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN OF ALLENWOOD USP,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 15th day of October, 2021, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED with prejudice.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania